**Alexander D. McNABB, Plaintiff-Appellant,**

v.

**Elliott L. RICHARDSON, Secretary of the Department of Health, Education and Welfare, Defendant-Appellee.**

No. 71–1494
Summary Calendar.*

United States Court of Appeals, Fifth Circuit.

June 25, 1971.

Rehearing Denied July 16, 1971.

Alexander D. McNabb, pro. se.

Eldon B. Mahon, U. S. Atty., Dallas, Tex., Kathryn H. Baldwin, Appellate Section, Civil Div., Thomas J. Press, Attys., Dept. of Justice, Washington,

1. See NLRB v. Amalgamated Clothing Workers of America, 5 Cir. 1970, 430 F.2d 966.

* Rule 18, 5th Cir.; See Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5th Cir. 1970, 431 F.2d 409, Part I.

D. C., L. Patrick Gray, III, Asst. Atty. Gen., for defendant-appellee.

Before THORNBERRY, MORGAN and CLARK, Circuit Judges.

PER CURIAM.

Affirmed. See Local Rule 21.[1]